2018.   CASSIDY *v.* MAYOR AND COUNCIL OF MACON.

2019.   LYONS *v.* MAYOR AND COUNCIL OF MACON.

2103.   O'HARA *v.* MAYOR AND COUNCIL OF MACON.

RUSSELL, J.   1. This case is controlled by *Loeb* v. *Jennings*, 133 *Ga.* 796
   (67 S. E. 101), *Cassidy* v. *Macon*, 133 *Ga.* 689 (66 S. E. 941), *Richard-
   son* v. *Macon*, 133 *Ga.* 122 (63 S. E. 790).

2. What is known as the "blind-tiger ordinance" of the city of Macon
   specifies the punishment to be imposed (not directly, it is true, but by
   reference to the charter of the city); hence, the punishment authorized
   by that ordinance is not limited by the City Code of Macon, § 118, which
   prescribes the penalty for the violation of such ordinances as do not
   themselves designate .the punishment.          *Judgment affirmed.*

DECIDED SEPTEMBER 6, 1910.

Certiorari; from Bibb superior court—Judge Felton. June 10,
1909.

*John P. Ross,* for plaintiffs in error.

*C. H. Hall Jr.,* contra.

---

2017.   CASSIDY *v.* MAYOR AND COUNCIL OF MACON.

RUSSELL, J.   In the main the case is controlled by *Cassidy* v. *Mayor, etc.,
   of Macon* (No. 2018), this day decided; but the punishment imposed not
   being in the alternative, direction is given that the sentence be reformed,
   as was done in *Bashinski's* case, sub nom. *Callaway* v. *Mims*, 5 *Ga.*
   *App.* 9 (3), 20 (62 S. E. 654).     *Judgment affirmed, with direction.*

DECIDED SEPTEMBER 6, 1910.

Certiorari; from Bibb superior court—Judge Felton.    June 10,
1909.

*C. A. Glawson, John P. Ross,* for plaintiff in error.

*C. H. Hall Jr.,* contra.